UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> V. <br><br> AMANDA MULLINS, *et al.*, <br><br> Defendants. | Civil No. 3:18-cv-00057-GFVT <br><br> **ORDER** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Motion to Accept the Warning Order Attorney Report and Award Fees filed by Adele Burt Brown.  [R. 13.]  Ms. Brown was appointed by Order of this Court as warning order attorney on November 18, 2018, for Defendant Unknown Spouse of Amanda Mullins.  [R. 8.]  Accordingly, Ms. Brown has made a diligent attempt to notify Unknown Spouse of Amanda Mullins of the pendency of this action.  No objections or responses have been filed and the time for doing so has elapsed.  *See* LR 7.1(c).  Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

    1.    The Motion for Attorney's Fees **[R. 13]** and the Report of Warning Order Attorney are **ACCEPTED**;

    2.    The Court finds that the rights of the Defendant Unknown Spouse of Amanda Mullins have been adequately protected;

    3.    In accordance with the Court's Standing Order, Ms. Brown is awarded a fee of $200.00 plus expenses in the amount of $13.50 for photocopies and postage.  Such fees and

expenses shall be taxed as costs and paid by the United States of America pursuant to this Court's Order; and

    4.    Adele Burt Brown is hereby discharged from further service as Warning Order Attorney herein.

This the 22nd day of May, 2019.

Gregory F. Van Tatenhove
United States District Judge